UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mauricio O., | Case No. 23-cv-0998 (WMW/DLM) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Immigration & Customs Enforcement, | |
| Respondent. | |

This matter is before the Court on the May 4, 2023 Report and Recommendation (R&R) of United States Magistrate Judge Douglas L. Micko. (Dkt. 6.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The May 4, 2023 Report and Recommendation, (Dkt. 6), is **ADOPTED**;

2. Petitioner Mauricio O.'s petition for habeas corpus relief under 28 U.S.C. § 2241, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**; and

3. Petitioner Mauricio O.'s application to proceed in District Court without paying fees or costs, (Dkt. 4), is **DENIED** as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 26, 2023                    s/Wilhelmina M. Wright
                                        Wilhelmina M. Wright
                                        United States District Judge